USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
ADRIANNA MANZELLA, MICHELE DZULA, Individually and on behalf of all others similarly situated,

                              Plaintiffs,

                 -against-

SELECT REHABILITATION LLC; SELECT PT, OT & SLP REHABILITATION NEW YORK PLLC; ANNA GARDINA WOLFE; and MICHAEL CAPSTICK,

                              Defendants.
------------------------------------------------------------------

23-CV-860 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 5, 2023, Defendants filed motions to dismiss, Dkts. 28, 30;

      WHEREAS on April 15, 2023, the Court extended the deadline for Plaintiffs to respond or amend their complaint as of right until June 9, 2023, Dkt. 42; and

      WHEREAS on June 9, 2023, Plaintiff filed an Amended Complaint, Dkt. 48.

      IT IS HEREBY ORDERED that Defendants' motions to dismiss are DENIED as moot. Pursuant to the Court's Mediation Referral Order, Dkt. 37, the deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint is stayed until 30 days after the conclusion of all Mediation in this case.

      The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 28, 30, and 40.

**SO ORDERED.**

Date: November 2, 2023
New York, New York

                                                 **VALERIE CAPRONI**
                                               **United States District Judge**