USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

ADRIANNA MANZELLA, MICHELE DZULA, Individually and on behalf of all others similarly situated, as Class Representatives,

Plaintiffs,

v.

Case No: 1:23-cv-00860-VEC

SELECT REHABILITATION LLC and SELECT PT, OT & SLP REHABILITATION NEW YORK PLLC, d/b/a SELECT REHAB, ANNA GARDINA WOLFE, and MICHAEL CAPSTICK individually,

Defendants.

---------------------------------------------------X

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT to F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between all named parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendants: Select Rehabilitation LLC and Select PT, OT & SLP Rehabilitation New York PLLC, d/b/a Select Rehab, Anna Gardina Wolfe and Michael Capstick, individually, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs' counsel affirms that (1) Plaintiffs have been clearly advised that the settlement of this case does not preclude them from filing another lawsuit against the same Defendants and (2) the settlement agreement does not contain a general release or release of FLSA claims.

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

This Case is Dismissed without Prejudice.

**IT IS SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD.**

_____
Mitchell L. Feldman, on behalf of Adriana Manzella,
Michelle Dzula
Mitchell L. Feldman, Esq.
Feldman Legal Group
12610 Race Track Road, Suite 225
Tampa, FL 33626
Telephone: (813) 639-9366
Facsimile: (813) 639-9376
mfeldman@flandgatrialattorneys.com
*Trial and Lead attorney for Plaintiffs*

6/28/2024
Dated

_____
David B. Goroff, on behalf of all Defendants, Select
Rehabilitation LLC and Select PT, OT & SLP
Rehabilitation New York PLLC d/b/a Select Rehab,
Anna Gardina Wolfe and Michael Capstick

6/27/2024
Dated

David B. Goroff
Email: dgoroff@foley.com
Foley & Lardner LLP
321 North Clark Street, Ste. 3000
Chicago, IL 60654
Telephone: 312.832.4500

Carrie B. Hoffman
Email: choffman@foley.com
Foley & Lardner LLP
2021 McKinney Avenue
Suite 1600
Dallas TX 75201
Telephone: 214-999-4262

Diane G. Walker
Email: dwalker@walkermortonllp.com
Kristen W. Roberts
Email: kroberts@walkermortonllp.com
Walker Morton LLP
1401 Branding Avenue
Downers Grove, IL 60515
Telephone: 312.471.2900
Attorneys for Defendants

_____   
Mitchell L. Feldman, on behalf of Adriana Manzella, Michelle Dzula and all other Opt-In Plaintiffs and Co-Counsel Benjamin Williams

Mitchell L. Feldman, Esq.
Feldman Legal Group
12610 Race Track Road, Suite 225
Tampa, FL 33626
Telephone: (813) 639-9366
Facsimile: (813) 639-9376
mfeldman@flandgatrialattorneys.com
*Trial and Lead attorney for Plaintiffs*

Benjamin Lee Williams, Esq.
WILLIAMS LAW P.A.
123 18th Avenue N. Unit A
Jacksonville, FL 23350
Tel: (904) 580-6060
bwilliams@williamslawjax.com
*Attorneys for Plaintiffs*

_____   Dated

_____   
David B. Goroff, on behalf of all Defendants, Select Rehabilitation LLC and Select PT, OT & SLP Rehabilitation New York PLLC d/b/a Select Rehab, Anna Gardina Wolfe and Michael Capstick

David B. Goroff
Email: dgoroff@foley.com
Foley & Lardner LLP
321 North Clark Street, Ste. 3000
Chicago, IL 60654
Telephone: 312.832.4500

Carrie B. Hoffman
Email: choffman@foley.com
Foley & Lardner LLP
2021 McKinney Avenue
Suite 1600
Dallas TX 75201
Telephone: 214-999-4262

_____   Dated

/s/ Diane Walker
_____   
Diane G. Walker, on behalf of all Defendants, Select Rehabilitation LLC and Select PT, OT & SLP Rehabilitation New York PLLC d/b/a Select Rehab, Anna Gardina Wolfe and Michael Capstick

6-28-2024
Dated

Diane G. Walker
Email: dwalker@walkermortonllp.com
Kristen W. Roberts
Email: kroberts@walkermortonllp.com
Walker Morton LLP
1401 Branding Avenue
Downers Grove, IL 60515
Telephone: 312.471.2900
Attorneys for Defendants

---

Application GRANTED. Per the Court's instructions in its May 23, 2024, Order at Dkt. 61, Plaintiff filed a stipulation of voluntary dismissal without prejudice containing an affirmation stating that the Plaintiffs have been clearly advised that the settlement of this case does not preclude them from filing another lawsuit against the same Defendants and stating that the settlement agreement does not contain a release of the Defendants. Because the holding in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) — requiring that FLSA settlement agreements must be approved by the Court of the Department of Labor — applied only to dismissals *with prejudice*, Plaintiffs' dismissal without prejudice is permissible.

The Clerk of Court is respectfully directed to close the case and terminate any open motions.

SO ORDERED.

*[signature]*           7/1/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE